# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LANE MYERS,

      Plaintiff,

v.                                                                                    No. 1:26-cv-02122-JHR

ANGEL MORENO,
KENT WAHLQUIST and
MAY CARMACK-ALTWEIS,

      Defendants.

## <u>ORDER TO CURE DEFICIENCY</u>

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Complaint for Civil Rights

Violations, Doc. 1, filed July 1, 2026.

Federal law requires that the Clerk of Court "require the parties instituting any civil action,

suit or proceeding in such court ... to pay a filing fee of $350 ... [and] such additional fees only as

are prescribed by the Judicial Conference of the United States." 28 U.S.C. §§ 1914(a, b).[1]  The

Court "may authorize the commencement, prosecution or defense of any suit, action or proceeding

civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person

who submits an affidavit that includes a statement of all assets such [person] possesses that the

person is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a)(1).

Plaintiff has not paid the $405.00 fee or filed an Application to Proceed in District Court

Without Prepaying Fees or Costs (Long Form).  The Court orders Plaintiff to either pay the fee or

file an Application.  The Guide for Pro Se Litigants, which the Clerk's Office mailed to Plaintiff

---

[1] The fee for instituting any civil action, suit or proceeding is comprised of a $350.00 filing fee, *see* 28 U.S.C. §1914, and a $55.00 administrative fee.

on July 1, 2026, contains the form "Application to Proceed in District Court Without Prepaying

Fees or Costs, (Long Form)."

    **IT IS ORDERED** that Plaintiff shall, within 21 days of entry of this Order, either pay the

$405.00 fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs

(Long Form).  Failure to timely pay the $405.00 fee or file a Long Form Application, *and* follow

all instructions in the Long Form Application, may result in dismissal of this case.

_____

**UNITED STATES MAGISTRATE JUDGE**

2