Lane Myers
P.O. Box 30554
Tucson Arizona, 85751
lanesbackupacct@gmail.com

FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

JUL 1 3 2026

ERIK PALTROW
CLERK

## IN THE UNITED STATES DISTRICT COURT,

## FOR THE DISTRICT OF NEW MEXICO

Lane Myers;

      Plaintiff,

v.

Angel Moreno, individual capacity;

Kent Wahlquist, individual capacity;

Mary Carmack-Altweis, individual capacity;

      Defendants.

No. CV-26-2122-JHR

**AFFADAVIT OF INABILITY TO PAY COSTS**

      **(28 USC 1915)**

Hon._____

### Declaration in support of request to proceed IFP

Pursuant to 28 USC 1915, Mr. Myers files this Declaration in support of his request to proceed IFP. Please find the following affidavit of financial means.

1. **A statement as to current employment including the amount of wages or salary per month and the name and address of the current employer._**

Mr. Myers is self employed. He currently earns approximately $500.00-$1000.00 a month on average.

2. **A statement as to any money received within the past twelve months from any of the following sources:**

(A) self-employment; Approximately $7000.00 revenue, $0.00 profit

(D) Gifts or inheritance; Approximately $1500.00

3. **A statement as to any cash in possession and as to any money in a financial institution, including checking, savings, and any other accounts. The statement shall include any money available to the declarant.**

Approximately $400.00 combined in Savings and Checking accounts

4. **A statement as to any automobiles.** 2005 Ford Econoline Van with 836,000 miles, Approximate value of $1500.00

5. Because of poverty, Mr. Myers is currently unable to pay the costs of the proceeding or given security therefore. Mr. Myers believes due to his financial situation he is entitled to relief.

**This declaration shall be executed under penalty of perjury.**

**7-1-2026**

**Lane Myers, Pro Se**

L MYERS
4583 N SUGARBUSH
TUCSON AZ 85749

stamps.com

$1.90
US POSTAGE
FIRST-CLASS IMI
063S12531367
85749
000132579

RECEIVED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

JUL 1 3 2026

ERIK PALTROW
CLERK

SANTIAGO E. CAMPOS UNITED STATES COURTHOUSE
106 SOUTH FEDERAL PLAZA, STE 115
SANTA FE, NM    87501-3011