Lane Myers
P.O. Box 30554
Tucson Arizona, 85751
lanesbackupacct@gmail.com

**FILED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

**JUL 1 3 2026**

**ERIK PALTROW**
CLERK

## IN THE UNITED STATES DISTRICT COURT,

## FOR THE DISTRICT OF ARIZONA

Lane Myers;

      Plaintiff,

v.

Angel Moreno, individual capacity;

Kent Wahlquist, individual capacity;

Mary Carmack-Altweis, individual capacity;

,

      Defendants.

No. _CV26-2122-JHR_

**MOTION FOR PRO SE ELECTRONIC FILING/ELECTRONIC SERVICE**

Hon._____

### MOTION FOR PRO SE ELECTRONIC FILING/SERVICE

    Mr. Myers moves this court to allow him to file electronically using the CM/ECF system just like is normal practice for attorneys. Mr. Myers has a PACER account, and significant experience using the CM/ECF in US Western District of Michigan Court, as well as US Court of Appeals for the Sixth Circuit. Mr. Myers was the first ever permitted CM/ECF Pro Se litigant in the 6th Circuit. Mr. Myers successfully worked in coordination with the Clerk of the 6th Circuit to implement the Pro SE CM/ECF filing pilot program that is now permanent. Mr. Myers was also one of the first to be allowed to use the CM/ECF filing in the Western District of Michigan. Mr. Myers has never had a filing rejected by the Clerk in either court, and is intimately familiar with

the system. In fact Mr. Myers has never used anything except the CM/ECF to file documents in prior actions. Mr. Myers believes this will relieve the burden of paper copies to the clerk, as well as defendants. This will also allow electronic service to all parties in a timely manner.

## REQUEST FOR ELECTRONIC SERVICE

Mr. Myers also moves this court to allow electronic service of documents by email. This will remove a significant burden from the defendants and allow them to use electronic mail instead of having to mail all that paper. It will also allow the Clerk to serve Mr. Myers electronically  Mr. Myers moves this court to allow electronic service at lanesbackupacct@gmail.com which is the email listed on all documents in this action. This will also remove a significant cost and burden from Mr. Myers having to print and mail documents.

7-1-2026

Lane Myers, Pro Se

L MYERS
4583 N SUGARBUSH
TUCSON AZ 85749

**RECEIVED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

JUL 1 3 2026

**ERIK PALTROW**
CLERK

SANTIAGO E. CAMPOS UNITED STATES COURTHOUSE
106 SOUTH FEDERAL PLAZA, STE 115
SANTA FE, NM  87501-3011

stamps.com
$1.90
US POSTAGE
FIRST-CLASS IMI
063S12531367
85749
000132579