**FILED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

**JUL 1 3 2026**

**ERIK PALTROW**
CLERK

Lane Myers
P.O. Box 30554
Tucson Arizona, 85751
lanesbackupacct@gmail.com

## IN THE UNITED STATES DISTRICT COURT,

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Lane Myers;<br>    Plaintiff,<br>v.<br>Angel Moreno, individual capacity;<br>Kent Wahlquist, individual capacity;<br>Mary Carmack-Altweis, individual capacity<br>    Defendants. | No. _CV26-2122-JHR_<br><br>**REQUEST TO PROCEED IN FORMA PAUPERIS**<br><br><br>Hon._____ |

### Request to proceed IFP

Mr. Myers files this request to proceed IFP pursuant to 28 U.S.C. § 1915. Mr. Myers has also filed the required financial documents. Mr. Myers believes he is eligible to proceed IFP.

7-1-2026

Lane Myers, Pro Se

L MYERS
4583 N SUGARBUSH
TUCSON AZ 85749

**RECEIVED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

JUL 1 3 2026

**ERIK PALTROW**
CLERK

SANTIAGO E. CAMPOS UNITED STATES COURTHOUSE
106 SOUTH FEDERAL PLAZA, STE 115
SANTA FE, NM    87501-3011

stamps.com
$1.90
US POSTAGE
FIRST-CLASS IMI
063S12531367
85749
000132579