**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

LANE MYERS,

Plaintiff,

v. No. 1:26-cv-02122-SMD-JHR

ANGEL MORENO,
KENT WAHLQUIST and
MARY CARMACK-ALTWEIS,

Defendants.

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

**UNITED STATES DISTRICT JUDGE**